IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **COLETTE WOODARDS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-2678-L-BH** |
| | § | |
| **GREENBERG TRAURIG**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed November 22, 2011. Plaintiff did not file any objections.

Colette Woodards ("Plaintiff") filed this case and moved to proceed *in forma pauperis* ("IFP") on October 11, 2011. Magistrate Judge Irma Ramirez determined, based on the information provided in her application, that Plaintiff had sufficient assets to pay the filing fee. Magistrate Judge Ramirez's order of October 12, 2011, instructed Plaintiff to pay the required $350 filing fee to the Clerk of the Court within thirty days of the date of the order. Plaintiff has yet to pay the required filing fee. Accordingly, the magistrate judge recommends that the court deny Plaintiff's application to proceed *in forma pauperis* and dismiss this case for failure to prosecute or follow orders of the court pursuant to Federal Rule of Civil Procedure 41(b).

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. They are therefore **accepted** as those of the court. Accordingly, the court **dismisses** this action **without**

**prejudice** for failure to prosecute or follow orders of the court pursuant to Federal Rule of Civil Procedure 41(b).

    **It is so ordered** this 30th day of December, 2011.

                                          Sam A. Lindsay
                                        United States District Judge